IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADVANCED MONITORING
SERVICES HOLDINGS, LLC**                                                                              **PETITIONER**

v.                          Case No. 4:25-cv-00854-KGB

**USABLE HMO, INC.**                                                                                        **RESPONDENT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that petitioner Advanced Monitoring Services Holdings, LLC's complaint and petition to confirm arbitration award and entry of judgment are dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 28th day of January, 2026.

                                                                                            _____
                                                                                            Kristine G. Baker
                                                                                            Chief United States District Judge